IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00518 |
| | ) | |
| NATIONAL BANK OF COMMERCE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

BEATY, District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Document #4] or in the Alternative, for a Transfer of Venue is GRANTED IN PART and DENIED IN PART. Defendant's Motion to Dismiss is DENIED. Defendant's Alternative Motion for a Transfer of Venue is GRANTED and this case will be transferred to the Western District of Tennessee.

This, the 4 day of May, 2005.

United States District Judge